IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BILLY RODGERS, :

           Plaintiff,

           Case No. 3:07-cv-179

           District Judge Walter Herbert Rice
           Magistrate Judge Michael R. Merz

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

           Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 11, 2013, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Attorney fees under the Equal Access to Justice Act be, and it hereby is, DENIED.

March 12, 2013.

                                              Walter Herbert Rice
                                              United States District Judge